1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  A.C.J.,

9              Petitioner,

10     v.

11  LAURA HERMOSILLO, *et al.*,

12             Respondents.

Case No. C25-2486-DGE-MLP

ORDER GRANTING FEDERAL HABEAS PETITION AND DIRECTING PETITIONER'S RELEASE FROM DETENTION

13

14     Having reviewed the Report and Recommendation of the Honorable Michelle L.

15  Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining

16  record, the Court finds and ORDERS:

17     (1)   The Court ADOPTS the Report and Recommendation.

18     (2)   Respondents' Motion to Dismiss (dkt. # 10) is DENIED.

19     (3)   Petitioner's Petition for Writ of Habeas Corpus (dkt. # 8) is GRANTED.

20  Respondents shall immediately release Petitioner from detention and are prohibited from

21  redetaining her without adequate notice of the reasons for detention and a meaningful

22  opportunity to respond.

23

ORDER GRANTING FEDERAL HABEAS
PETITION AND DIRECTING
PETITIONER'S RELEASE FROM
DETENTION - 1

1   (4)   The Clerk is directed to send copies of this Order to the parties and to the
2   Honorable Michelle L. Peterson.

3   Dated this __ day of January, 2026.

_____
David G. Estudillo
United States District Judge

ORDER GRANTING FEDERAL HABEAS
PETITION AND DIRECTING
PETITIONER'S RELEASE FROM
DETENTION - 2