# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.C.J.,<br><br>      Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO, *et al.*,<br><br>      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-2486-DGE-MLP |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. Respondents' motion to dismiss is denied, and Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted. Respondents shall immediately release Petitioner from detention and are prohibited from redetaining her without adequate notice of the reasons for detention and a meaningful opportunity to respond.

Dated this 9th day of January, 2026.

                  Ravi Subramanian
                  Clerk of Court

                  s/Michael Williams
                  Deputy Clerk